Selwyn & Company v. Lee Shubert, Impleaded.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John H. Davidson and Another v. Grace H. Howell.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Terpozone Company v. Knox Terpozone Company.—Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John McClave v. The Texas Company.— Motion denied. Memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hugh L. Fox and Others v. Frederick F. Proctor.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jonas Hecht v. Ignatz Wahl.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. Rees v. United States Oxygen Company. — Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Klar and Another v. Tobias Schwartz.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Bridget G. Peixotto v. The Board of Education of the City of New York.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Max Swersky and Jacob Kalhofer.— Motion denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Frank Thorn.— Proceeding opened so as to refer to the official referee the additional charges specified in the supplemental petition. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Andrew F. McNamara.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Switkes, Respondent, v. Theodor Sauer Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Christina Oothout, Appellant, v. Mary Warner and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Daniel Haakenson, Appellant, v. Covering and Supply Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.; Laughlin, J., dissented.